

**BC**

[If you need additional space for ANY section, please attach an additional sheet and reference that section]



**FILED**
5/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PJJ**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)
*Karen Sam & Robert Sam*

v.

*Dekalb Housing Authority, HUD, Etc.*

Defendant(s

)
)
)
)
)
)
)
)
)

Case Number: **1:25-cv-05351**
**Judge Matthew F. Kennelly**
**Magistrate Judge Laura K. McNally**
**RANDOM / Cat. 2**

Judge:

## MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1. I, *Karen Sam*, declare that I am the (check appropriate box)
☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
**(NOTE: This item must be completed.)**

*Prarie state, multiple law firms.*

but I have been unable to find an attorney because: *No one will call back I am disabled and need help.*

3. I declare that (check all that apply):
*(Now:)*
☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

OR

☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

*(Earlier:)*
☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

OR

☑ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school  ☐ Some high school  ☐ High school graduate
☑ Some college  ☐ College graduate  ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_Karen Sm_
Signature of Movant

_639 Stonesate Dr._
Street Address

_5-13-25_
Date

_Sycamore IL 60178_
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
| --- | --- |
| Attorney's Name: _____ | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

**KAREN SAM and Robert Sam, individually and on behalf of their minor daughter H.S.,**
Plaintiffs,
v.
**DEKALB HOUSING AUTHORITY,HUD, TOWN OF SYCAMORE, and IHDA**
Defendants.

Case No.: _____
Judge: _____

# MOTION TO APPOINT COUNSEL

Now come the Plaintiffs, Karen Sam and Robert Sam, pro se, and respectfully move this Court to appoint legal counsel pursuant to 28 U.S.C. § 1915(e)(1). In support thereof, Plaintiffs state as follows:

1. Plaintiffs are indigent and have filed a Motion for Leave to Proceed In Forma Pauperis in this matter.

2. This case involves complex issues of federal housing law, disability rights under the ADA and Rehabilitation Act, constitutional due process violations under 42 U.S.C. § 1983, and potential claims under the Administrative Procedure Act.

3. Plaintiffs are not trained in the law and have been unable to secure private legal representation due to ongoing financial hardship and possible reputational harm resulting from online search results and past litigation.

4. Plaintiffs have made repeated good faith efforts to find counsel, including contacting legal aid organizations, housing rights groups, and private attorneys, all of whom have declined to assist.

5. The legal and factual complexity of the case— including the involvement of federal agencies, constitutional issues, and protections for a disabled minor—make it extraordinarily difficult for Plaintiffs to proceed effectively without representation.

6. Appointment of counsel would serve the interests of justice and promote judicial efficiency, as Plaintiffs are prepared to fully cooperate and assist appointed counsel in advancing this case.

WHEREFORE, Plaintiffs respectfully request that this Court appoint legal counsel to represent them in this matter pursuant to 28 U.S.C. § 1915(e)(1).

Respectfully submitted,

Karen **Sam**

**Robert Sam**

639 stonegate dr sycamore Illinois 60178
779-777-3265
harpees5@yahoo.com