



**PJJ**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

)
)
)
Plaintiff )

*Karen San & Robert Sam*

v. )

*Dekalb Housing authority, HUD etc.* )
)
Defendant )

**Case Number:** 1:25-cv-05351

**Judge:** Judge Matthew F. Kennelly
Magistrate Judge Laura K. McNally
RANDOM / Cat. 2

**Magistrate Judge:**

**NOTICE OF RELATED CASES**

Pursuant to Local Rule 40.4, Plaintiffs provide notice that this action is related to the following matters previously or currently pending in other courts involving substantially similar facts or parties:

1. **DeKalb County Eviction Case – Case No. 24EV136**

   ○ Involving Defendant Melissa Mobile and Plaintiffs Robert and Karen Sam

   ○ Dismissed appeal pending; issues in this federal case stem directly from conduct in that matter

2. **Voucher Portability and Housing Discrimination Appeals**

   ○ Administrative and informal complaints were filed with HUD in 2024–2025 regarding delay and retaliation in housing voucher processing

   ○ These complaints form the basis of the federal claims herein

These matters involve overlapping parties, facts, and legal questions concerning federal housing law violations, administrative delay, and unlawful retaliation. Consolidation or coordination may be appropriate to avoid inconsistent rulings and conserve judicial resources.

Respectfully submitted,
Karen **Sam and Robert Sam**

4/25/25