**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Karen Sam and Robert Sam | ) | |
| | ) | Case No.   25 C 5351 |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| Dekalb Housing Authority et al | ) | |

**ORDER**

The plaintiffs in this case are residents of the town of Sycamore.  Sycamore is located in DeKalb County.  The plaintiffs have sued the Town of Sycamore; a DeKalb County agency; an Illinois state agency; and a federal agency.  Nearly all of the conduct alleged took place in Sycamore and DeKalb County.  The case should have been assigned to the Western Division of this District.  See 28 USC 1391(b).  The plaintiff and most of the defendants are located in that Division (see 28 USC 93(a)(2)); no defendant is located in the Eastern Division of this District.  The Court directs the Clerk pursuant to 28 USC 1406(a) to transfer the case to the Western Division; assign the case a Western Division docket number and assign it to a judge in that Division; and terminate the present case once the Western Division case number is opened.

Date: 5/15/2025                                               /s/ Matthew F. Kennelly
                                                                    United States District Judge