**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Karen Sam, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:25–cv–05351
                                                        Honorable Matthew F. Kennelly

Dekalb Housing Authority, et al.

                                        Defendant.

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford.
Pursuant to transfer order: [7]. (ph, )