**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Karen Sam, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:25−cv−05351
                                                        Honorable Matthew F. Kennelly

Dekalb Housing Authority, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2025:

     MINUTE entry before the Honorable Matthew F. Kennelly: This case was transferred to the Western Division on 5/15/2025 and was assigned a Western Division docket number (25 C 50219). The present case was closed. Defendants have filed a motion to dismiss under the old Eastern Division docket number. The motion [10] is terminated. Defendants should refile it under the correct case number. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.