

BC

FILED
11/26/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

**Robert John Sam Jr.,**
Plaintiff,

v.

**DeKalb Housing Authority, et al.,**
Defendants.

Case No. **25-cv-05351**

# NOTICE OF RELEVANT FILING AND CORRECTION OF MISSTATEMENTS

REGARDING JUDICIAL ASSIGNMENT

Plaintiff, **Robert John Sam Jr.**, respectfully submits this Notice to bring to the Court's attention a filing made by attorney **C. Nicholas Cronauer** in a separate matter pending in the Eastern Division: *Sam v. Cronauer*, Case No. **1:25-cv-13867**(assigned to Judge Martha M. Pacold). This Notice is filed **solely to ensure the accuracy of the judicial record** and **does not request any ruling** from this Court.

# 1. Improper Invocation of Judge Johnston's Name in Another Division

In the Eastern Division filing, Mr. Cronauer repeatedly asserts that Plaintiff is "venue shopping" and filing cases in Chicago "to escape Judge Johnston."

This assertion is **false**, and it improperly invokes this Court's name and judicial authority to influence proceedings in a different division.
Plaintiff believes this Court should be aware its name is being used in this manner.

# 2. Random Assignment of the Eastern Division Case (Proof Provided)

Contrary to Mr. Cronauer's allegations, Plaintiff did **not** select the judge in the Eastern Division case.
As reflected on the **stamped Civil Cover Sheet** (attached as *Exhibit A*), the Clerk's Office assigned the matter through:

**"RANDOM / Category 2"**
**District Judge Martha M. Pacold**
**Magistrate Judge Beth W. Jantz**

Plaintiff has **no ability** to choose or avoid any judge in the Northern District of Illinois.

# 3. Plaintiff's Concern Regarding the Appearance of Influence

Plaintiff respectfully notes—**without making any allegation of wrongdoing**—that the repeated references by Mr. Cronauer to specific judges, including to this Court and to Chief Judge Bradley Waller in other related state matters, have caused Plaintiff significant concern, fear, and confusion.

As a pro se litigant, Plaintiff has previously experienced unusual judicial interactions in related state proceedings and has observed communications and actions involving Mr. Cronauer and Judge Waller that created, from Plaintiff's perspective, an **appearance of potential coordinated influence**.

Plaintiff is **not** accusing this Court of misconduct. However, the manner in which opposing counsel repeatedly invokes judges' names in motions has made Plaintiff feel intimidated and uncertain about whether counsel is attempting to leverage perceived judicial relationships.

This Notice is therefore filed to clarify that:

- Plaintiff is **not** attempting to avoid this Court or any judge;

- Plaintiff's filings were assigned through **random clerk's office procedure**; and

- It is the conduct of opposing counsel—not Plaintiff—that has created the **appearance of judicial entanglement**and caused Plaintiff distress.

# 4. No Relief Requested

This Notice is **not** a motion.
It seeks **no action** or ruling from this Court.
It is filed solely to ensure that the Court is aware that its name has been invoked in another division in a manner that misstates Plaintiff's actions and intentions.

Respectfully submitted,
/s/**Robert John Sam Jr.**
Pro Se Litigant
harpees5@yahoo.com